UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER STENSON, | : | Case No. 1:16-cv-357 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| WARDEN, WARREN | : | |
| CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 10)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 7, 2016, submitted a Report and Recommendations. (Doc. 10). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.

Accordingly, Respondent's motion to transfer Petitioner's habeas petition to the Sixth Circuit Court of Appeals (Doc. 8) is **GRANTED** and the petition for a writ of

2

habeas corpus (Doc. 1) is **TRANSFERRED** pursuant to 28 U.S.C. Section 1631 to the United States Court of Appeals for the Sixth Circuit for consideration of whether the district court may review the petition in accordance with 28 U.S.C. Section 2244(b).

    **IT IS SO ORDERED**.

Date: __1/3/17___            _____Timothy S. Black_____
                                                               Timothy S. Black
                                                               United States District Judge